UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Administrative Subpoena No. 25-1431-019 | MBD No. _____<br><br>**FILED UNDER SEAL** |

### DECLARATION OF AMANDA MASSELAM STRACHAN
### IN SUPPORT OF BOSTON CHILDREN'S HOSPITAL'S
### <u>MOTION TO QUASH</u>

I, Amanda Masselam Strachan, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.  I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP.  I represent Plaintiff The Children's Hospital Corporation d/b/a Boston Children's Hospital ("BCH") in the above-captioned action.  I am familiar with the facts set forth in this declaration.  I am competent and willing to testify to the matters contained in this declaration.

2.  I submit this declaration in support of BCH's Motion to Quash a subpoena duces tecum issued by the U.S. Department of Justice under Section 248 of the Health Insurance Portability & Accountability Act of 1996 ("HIPAA") (18 U.S.C. § 3486).

3.  Attached as **Exhibit 1** is a true and correct copy of the subpoena.

Dated: July 8, 2025

        */s/ Amanda Masselam Strachan*
        Amanda Masselam Strachan
        BBO# 641108
        WILMER CUTLER PICKERING
          HALE AND DORR LLP
        60 State Street
        Boston, MA 02109
        Tel: (617) 526-6000
        Fax: (617) 526-5000
        amanda.masselamstrachan@wilmerhale.com

        *Counsel for Plaintiff The Children's Hospital Corporation d/b/a Boston Children's Hospital*