UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ADMINISTRATIVE SUBPOENA NO. 25-1431-019 | MISCELLANEOUS ACTION<br><br>NO. 1:25-mc-91324-MJJ<br><br>FILED UNDER SEAL |

## NOTICE

Pursuant to orders issued by United States District Judge Mark A. Kearney in the Eastern District of Pennsylvania in *In Re: Subpoena No. 25-1431-014*, No. 25-mc-39-MAK, the Government has been ordered to disclose to Judge Kearney *in camera* the existence and status of this litigation, including any opinions or decisions that have been issued in this matter. *See* Ex. A (E.D. Pa. Orders). Judge Kearney has ordered that the Government provide the initial disclosure on September 8, 2025, and update the court *in camera* with any further developments on September 24, 2025. *Id.*[1] Judge Kearney has also ordered that the Government provide copies of its status updates to the movant's counsel in that matter on an attorneys'-eyes-only basis. *Id.*

The Government wishes to notify this Court and opposing counsel that Judge Kearney has issued these orders and that the Government intends to comply.

Dated this 3rd day of September, 2025.

---

[1] The September 2 order extended the initial September 3 deadline to September 8.

Respectfully submitted,

**FOR THE UNITED STATES OF AMERICA**

BRETT SHUMATE
Assistant Attorney General

LISA K. HSIAO
Acting Director

 /s/ Patrick R. Runkle
ROSS S. GOLDSTEIN
PATRICK R. RUNKLE
Assistant Directors
SCOTT B. DAHLQUIST
Trial Attorney

United States Department of Justice
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044
Tel:     202-532-4723
Fax:    202-514-8742
patrick.r.runkle@usdoj.gov