UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **The Children's Hospital Corporation** ) <br> Petitioner, ) <br> v. ) <br> ) <br> **United States Department Of Justice** ) <br> Respondent ) | **1:25-mc-91324-MJJ** |

**ORDER OF DISMISSAL**

**JOUN, D.J.**

In accordance with this Court's memorandum of decision dated September 9, 2025, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

September 9, 2025

/s/ Steve K. York
---------------------------
**Deputy Clerk**