# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ADMINISTRATIVE SUBPOENA NO. 25-1431-019 | Case No.: 1:25-MC-91324-MJJ<br><br>GOVERNMENT'S MOTION TO ALTER OR AMEND |

The Government respectfully moves under Federal Rules of Civil Procedure 59(e) and 60(b) to alter or amend the Court's judgment.  The grounds for the Motion are explained in detail in the accompanying memorandum and include the following:

1. The Court, in its opinion of September 9, 2025 quashing the subpoena, made four manifest errors, each of which provides an independent basis to revise its opinion and deny BCH's motion to quash:

2. The Court manifestly erred by shifting the burden of proof to the Government.

3. The Court manifestly erred by heightening the burden on the Government in a manner contrary to law.

4. The Court manifestly erred by failing to provide the Government an opportunity to make a showing under the Court's new framework—a showing the Government can amply make, as demonstrated by this filing.

5. The Court manifestly erred by making a finding of bad faith not supported by the record.

For these reasons, as detailed in the accompanying memorandum, the Court should revise its opinion and deny BCH's motion.

BRETT A. SHUMATE
Assistant Attorney General

JORDAN C. CAMPBELL
Deputy Assistant Attorney General

LISA K. HSIAO
Acting Director

 /s/ Patrick R. Runkle
ROSS S. GOLDSTEIN
PATRICK R. RUNKLE
Assistant Directors
SCOTT DAHLQUIST
Trial Attorney

U.S. Department of Justice
Enforcement and Affirmative Litigation Branch
P.O. Box 386
Washington, DC 20044
Tel: (202) 353-4218
patrick.r.runkle@usdoj.gov

**CERTIFICATE OF CONFERENCE**

I hereby certify that on July 7, 2025, the parties conferred in good faith to resolve or narrow the issues in dispute and were unable to resolve or narrow the issues.

                                           */s/ Patrick R. Runkle*
                                           PATRICK R. RUNKLE

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2025, I served the foregoing Motion via ECF to counsel of record.

                                           */s/ Patrick R. Runkle*
                                           PATRICK R. RUNKLE