IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ADMINISTRATIVE SUBPOENA NO. 25-1431-019 | C.A. No. 1:25-MC-91324-MJJ |

**MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE THE COMMONWEALTH OF MASSACHUSETTS AND OTHER STATES AS AMICI CURIAE IN OPPOSITION TO GOVERNMENT'S MOTION TO ALTER OR AMEND**

Proposed Amici Curiae the Commonwealth of Massachusetts and other states ("Amici States") move for leave to file an amicus brief in opposition to Respondents' Motion to Alter or Amend ("Motion for Reconsideration"). In support of the motion, the Amici States assert the following:

1.  The Amici States are sovereign states with an interest in the regulation of the practice of medicine within their own borders. This includes the provision of medically necessary gender-affirming care for youth under 19. Many Amici States have passed laws protecting or guaranteeing such care and the actions of Respondents run contrary to the Amici States' interests in protecting their residents and upholding their laws.

2.  The Amici States oppose Respondents' Motion for Reconsideration because the Amici States, their medical institutions, and their transgender residents will all be harmed if the Respondents are permitted to continue to harass and improperly investigate medical providers with the express intent of eliminating medically necessary gender-affirming care. Further, the expansive and unprecedented expansion in the theory of liability under the Food Drug and Cosmetic Act ("FDCA") could subject research and medical institutions in Amici States to considerable consequences.

3. It is within a court's "sound discretion" whether to permit amicus briefing. *Strasser v. Doorley*, 432 F.2d 567, 569 (1st Cir. 1970). Amicus briefing may be permitted "to assist the court in cases of great public interest by making suggestions to the court, by providing supplementary assistance to existing counsel, and by insuring a complete and plenary presentation of difficult issues so that the court may reach a proper decision." *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.*, 308 F.R.D. 39, 52 (D. Mass.), *aff'd*, 807 F.3d 472 (1st Cir. 2015) (internal citations and quotations omitted).

4. The proposed brief will assist the Court in its consideration of the pending motion because the States can speak to the harm the Respondents' improper investigations will inflict on the Amici States and their residents. Many Amici States have sought to enjoin the unlawful and improper campaign by DOJ to intimidate providers of gender-affirming care to abandon their patients. *See Massachusetts v. Trump*, 25-cv-12162 (D. Mass.) (Aug. 1, 2025). As explained in the proposed amicus brief, the position taken by Respondents in the Motion for Reconsideration further subjects Amici States to harm by taking an expansive and harmful view of the FDCA that is contrary to settled law and could subject research and medical institutions in Amici States to significant liability.

5. Amici States request leave to file a brief that will not exceed 6,500 words, consistent with the limits set by the First Circuit in Rule 29(a)(5).

6. Counsel for the Amici States have conferred with counsel of record for the parties in this case. The Petitioners consent to the filing of this motion, while Respondents oppose the filing of this motion.

7. Amici States attach the Proposed Amicus herein as **Exhibit 1**.

8.      If granted leave to file, Amici States intend to file their brief as close in time as possible to allow the Court adequate time to consider.

## CONCLUSION

For the foregoing reasons, the Amici States respectfully request that the Court grant the motion for leave to file an amicus brief in opposition to Respondents' Motion to Alter or Amend (ECF No. 35).

Dated: October 21, 2025

          Respectfully submitted,

          THE COMMONWEALTH OF MASSACHUSETTS

          By and through its attorneys,

          ANDREA JOY CAMPBELL
          Attorney General for the Commonwealth of Massachusetts

          */s/ Adam M. Cambier*

          Allyson Slater (BBO No. 704545)
            *Director, Reproductive Justice Unit*
          Adam M. Cambier (BBO No. 690525)
          Morgan Carmen (BBO No. 716769)
          Jak Kundl (BBO No. 713951)
            *Assistant Attorneys General*
          One Ashburton Place
          Boston, Massachusetts 02108
          Tel.: 617-727-2200
          Email: adam.cambier@mass.gov

          *Attorneys for the Commonwealth of Massachusetts*

ROB BONTA
*Attorney General of California*
1300 I St.
Sacramento, CA 95814

PHILIP J. WEISER
*Attorney General of Colorado*
1300 Broadway, 10th Floor
Denver, CO 80203

WILLIAM TONG
*Attorney General of Connecticut*
165 Capitol Ave.
Hartford, CT 06106

KATHLEEN JENNINGS
*Attorney General of Delaware*
820 N. French St.
Wilmington, DE 19801

BRIAN L. SCHWALB
*Attorney General of the District of Columbia*
400 6th St. NW, Ste. 8100
Washington, DC 20001

KWAME RAOUL
*Attorney General of Illinois*
115 South LaSalle St.
Chicago, IL 60603

AARON M. FREY
*Attorney General of Maine*
6 State House Station
Augusta, ME 04333

ANTHONY G. BROWN
*Attorney General of Maryland*
200 St. Paul Place, 20th Floor
Baltimore, MD 21202

KEITH ELLISON
*Attorney General of Minnesota*
102 State Capitol
75 Rev. Dr. Martin Luther King Jr. Blvd.
St. Paul, MN 55155

AARON D. FORD
*Attorney General of Nevada*
100 N. Carson St.
Carson City, NV 89701

MATTHEW J. PLATKIN
*Attorney General of New Jersey*
Richard J. Hughes Justice Complex
25 Market St.
Trenton, NJ 08625

RAÚL TORREZ
*Attorney General of New Mexico*
408 Galisto St.
Santa Fe, NM 87501

LETITIA JAMES
*Attorney General of New York*
28 Liberty St.
New York, NY 10005

DAN RAYFIELD
*Attorney General of Oregon*
1162 Court St. NE
Salem, OR 97301

PETER F. NERONHA
*Attorney General of Rhode Island*
150 South Main St.
Providence, RI 02903

CHARITY R. CLARK
*Attorney General of Vermont*
109 State St.
Montpelier, VT 05609

NICHOLAS W. BROWN
*Attorney General of Washington*
P.O. Box 40100
Olympia, WA 98504

JOSHUA L. KAUL
*Attorney General of Wisconsin*
17 W. Main St.
Madison, WI 53703

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1

  I, Adam M. Cambier, Assistant Attorney General, hereby certify that I have conferred with counsel of record for the parties in this case via email on October 20, 2025 in a good faith attempt to resolve and narrow the issues posed by the motion. I further certify that the motion is unopposed by Petitioners and opposed by Respondents.

            /s/ *Adam M. Cambier*
            Adam M. Cambier
            Assistant Attorney General

## **CERTIFICATE OF SERVICE**

    I, Adam M. Cambier, hereby certify that I have this day, October 21, 2025, served the foregoing document upon all parties of record by electronically filing to all ECF-registered parties.

                                                /s/ *Adam M. Cambier*
                                                Adam M. Cambier