# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ADMINISTRATIVE SUBPOENA NO. 25-1431-019 | Case No.: 1:25-MC-91324-MJJ<br><br>GOVERNMENT'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS MOTION TO ALTER OR AMEND THE JUDGMENT |

Pursuant to Local Rule 7.1(b)(3), the United States respectfully moves for leave to file a reply brief, no more than five pages, to BCH's Opposition to the Government's motion to alter or amend the judgment. As grounds, the Government states that it believes a brief reply is necessary to address certain points raised in the Opposition and will assist the Court in ruling on the issues.

BCH does not object to this motion.

WHEREFORE, the Government requests that the Court grant it leave to file the proposed reply brief attached hereto as Exhibit A.

BRETT A. SHUMATE
Assistant Attorney General

JORDAN C. CAMPBELL
Deputy Assistant Attorney General

LISA K. HSIAO
Acting Director

 /s/ Patrick R. Runkle
ROSS S. GOLDSTEIN
PATRICK R. RUNKLE
Assistant Directors

1

SCOTT DAHLQUIST
Trial Attorney

U.S. Department of Justice
Enforcement and Affirmative Litigation Branch
P.O. Box 386
Washington, DC 20044
Tel: (202) 532-4723
patrick.r.runkle@usdoj.gov

**LOCAL RULE 7.1 CERTIFICATION**

I, Patrick R. Runkle, hereby certify that on October 23, 2025, the parties conferred in good faith to resolve or narrow the issues presented by this Motion and BCH does not object to this Motion.

/s/ Patrick R. Runkle
Patrick R. Runkle

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2025, the foregoing was filed with the Clerk of the Court via ECF, and thereby a copy was served on counsel for BCH.

/s/ Patrick R. Runkle
Patrick R. Runkle