UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Administrative Subpoena No. 25-1431-019 | Case No. 1:25-mc-91324-MJJ |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

In connection with the Court's consideration of the Department of Justice's ("DOJ") Motion to Alter or Amend the Judgment in this matter (ECF 35), Children's Hospital Corporation d/b/a Boston Children's Hospital ("BCH") writes to provide the Court notice of an order issued in the United States District Court for the Western District of Washington after the parties in this proceeding completed briefing on DOJ's Motion to Alter or Amend the Judgment. In *QueerDoc, PLLC v. U.S. Department of Justice*, Case No. 2:25-mc-00042-JNW (W.D. Wash. Oct. 27, 2025), Judge Jamal N. Whitehead granted QueerDoc PLLC's motion to quash a DOJ administrative subpoena to produce documents, which was substantially similar to the administrative subpoena at issue in this proceeding. Judge Whitehead concluded that the subpoena under review had been issued for an improper purpose—namely, to pressure providers to cease offering lawful gender-affirming care rather than to investigate specific unlawful conduct—and that a declaration submitted by DOJ in the QueerDoc matter similar to the one offered in support of DOJ's motion here would not have altered the Court's conclusion (had it been timely submitted). The Court's order in *QueerDoc* is attached as **Exhibit A** hereto.

Dated: October 29, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Joshua S. Levy* | */s/ Amanda Masselam Strachan* |
| Joshua S. Levy | Amanda Masselam Strachan |
| BBO# 563017 | BBO# 641108 |
| ROPES & GRAY LLP | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 800 Boylston Street | 60 State Street |
| Boston, MA 02119 | Boston, MA 02109 |
| Telephone: (617) 951-7000 | Tel: (617) 526-6000 |
| joshua.levy@ropesgray.com | Fax: (617) 526-5000 |
| | amanda.masselamstrachan@wilmerhale.com |
| Douglas Hallward-Driemeier | |
| BBO# 627643 | Boyd Johnson (*pro hac vice*) |
| ROPES & GRAY LLP | Alan Schoenfeld (*pro hac vice*) |
| 2099 Pennsylvania Avenue | WILMER CUTLER PICKERING HALE AND DORR LLP |
| Washington, DC 10036 | 7 World Trade Center |
| Telephone: (202) 508-4600 | 250 Greenwich Street |
| douglas.hallward-driemeier@ropesgray.com | New York, NY 10007 |
| | Tel.: (212) 230-8800 |
| Brian R. Blais | Fax: (212) 230-8888 |
| BBO# 660601 | boyd.johnson@wilmerhale.com |
| ROPES & GRAY LLP | alan.schoenfeld@wilmerhale.com |
| 1211 Avenue of the Americas | |
| New York, NY 10036 | Brian M. Boynton (*pro hac vice*) |
| Telephone: (212) 596-9090 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| brian.blais@ropesgray.com | 2100 Pennsylvania Avenue NW |
| | Washington, DC 20037 |
| | Tel.: (202) 663-6000 |
| | Fax: (202) 663-6363 |
| | brian.boynton@wilmerhale.com |

*Counsel for Plaintiff The Children's Hospital Corporation d/b/a Boston Children's Hospital*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2025, the foregoing was filed via the ECF system, which will serve counsel of record via email.

                                                */s/ Joshua S. Levy*
                                                Joshua S. Levy