# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ADMINISTRATIVE SUBPOENA NO. 25-1431-019 | Misc. Case No. 1:25-MC-91324-MJJ |

## GOVERNMENT'S NOTICE OF APPEAL

Notice is hereby given the that the United States of America, the respondent in the above-captioned case, hereby appeals to the United States Court of Appeals for the First Circuit from the order of this Court entered on September 9, 2025. (ECF 33).

Dated this 7th day of November, 2025.

Respectfully submitted,

**FOR THE UNITED STATES OF AMERICA**

BRETT A. SHUMATE
Assistant Attorney General

JORDAN C. CAMPBELL
Deputy Assistant Attorney General

LISA K. HSIAO
Acting Director

 /s/ Ross S. Goldstein
ROSS S. GOLDSTEIN
PATRICK R. RUNKLE
Assistant Directors

SCOTT B. DAHLQUIST
Trial Attorney

United States Department of Justice
Enforcement & Affirmative Litigation Branch
P.O. Box 386
Washington, D.C. 20044
Tel:        202-353-4218
Fax:       202-514-8742
Ross.Goldstein@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to any indicated as non-registered participants on November 7, 2025.

Dated: this 7th day of November, 2025.

                                                             */s/ Ross S. Goldstein*