**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption: In Re: Administrative Subpoena No. 25-1431-019

District Court Number: 25mc91324-MJJ

Fee:  Paid?  Yes ____  No ____  Government filer _X_  In Forma Pauperis Yes ____  No ____

Motions Pending  Yes _X_  No ____    Sealed documents  Yes ____  No _X_
If yes, document # 35                 If yes, document # ____

Ex parte documents  Yes ____  No _X_   Transcripts  Yes _X_  No ____
If yes, document # ____               If yes, document # 30

Notice of Appeal filed by: Plaintiff/Petitioner ____  Defendant/Respondent _X_  Other: ____

Appeal from:

#33 Memorandum of Decision, #34 Order of Dismissal

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#33, #34, and #46

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 46  filed on November 7, 2025.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 7, 2025.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**