## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| |
|---|
| In Re: Administrative Subpoena No. 25-1431-019 |

Civil Action No. 1:25-mc-91324-MJJ

## BOSTON CHILDREN'S HOSPITAL'S RESPONSE TO DOJ'S NOTICE OF SUPPLEMENTAL AUTHORITY

The Supreme Court's order in *Trump v. Orr*, No. 25A319 (Nov. 6, 2025), addressing an equal protection clause challenge to changes the State Department made to its passport policies, has no relevance to this case.

In response to Executive Order 14168, the State Department withdrew the option for Americans to obtain a passport reflective of their gender identity if it differs from their sex assigned at birth and removed the option for intersex, non-binary, and gender non-conforming applicants to select "X" as the sex marker on their passports. The Supreme Court's four-paragraph order concluded that the government was likely to succeed on the merits because "[d]isplaying passport holders' sex at birth no more offends equal protection principles than displaying their country of birth," and it was not clear on the current record that "the Government's choice to display biological sex 'lack[s] any purpose other than a bare . . . desire to harm a politically unpopular group.'"

Contrary to DOJ's assertion, the "[district court's] findings" rejected by the Supreme Court in *Trump v. Orr* were not "similar to the reasoning of this Court when it quashed the Government's subpoena to BCH." Dkt. No. 49 at 1. The equal protection challenge rejected in *Trump v. Orr* asserted that the challenged policy was driven by irrational animus. The legal

underpinnings and doctrinal considerations in *Trump v. Orr* involve an entirely different area of the law than what is at issue in this case, and a subject matter (issuance of passports) over which the federal government has exclusive authority. This Court's order quashing the subpoena to BCH did not address much less turn on whether DOJ's investigation violates equal protection because it is driven by irrational animus. The Court's order rested on the conclusion that the DOJ subpoena issued to BCH was issued for the improper purpose of advancing the Administration's explicitly stated goal of ending the provision of gender-affirming care, a subject within the primary regulatory authority of the states, and which is constitutionally protected under Massachusetts law.

*Trump v. Orr* has no bearing on whether the subpoena issued to BCH lacks a congressionally authorized purpose.

Dated:  November 13, 2025

Respectfully submitted,

*/s/ Joshua S. Levy*
Joshua S. Levy
BBO# 563017
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02119
Telephone:  (617) 951-7000
joshua.levy@ropesgray.com

Douglas Hallward-Driemeier
BBO# 627643
ROPES & GRAY LLP
2099 Pennsylvania Avenue
Washington, DC 10036
Telephone: (202) 508-4600
douglas.hallward-
driemeier@ropesgray.com

Brian R. Blais
BBO# 660601
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9090
brian.blais@ropesgray.com

*/s/ Amanda Masselam Strachan*
Amanda Masselam Strachan
BBO# 641108
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
amanda.masselamstrachan@wilmerhale.com

Boyd Johnson (*pro hac vice*)
Alan Schoenfeld (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888
boyd.johnson@wilmerhale.com
alan.schoenfeld@wilmerhale.com

Brian M. Boynton (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel.: (202) 663-6000
Fax: (202) 663-6363
brian.boynton@wilmerhale.com

*Counsel for Plaintiff The Children's Hospital
Corporation d/b/a Boston Children's Hospital*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2025, the foregoing was filed via the ECF system, which will serve counsel of record via email.

Dated: November 13, 2025

_/s/ Amanda Masselam Strachan_
Amanda Masselam Strachan
BBO# 641108
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
amanda.masselamstrachan@wilmerhale.com