UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number: 25mc91324-MJJ
USCA Docket Number: 25-2092

In Re: Administrative Subpoena No. 25-1431-019

v.

## CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed ____ paper documents __X__ electronic documents:

**Main Documents:**

Document Numbers: ECF No. 52 Electronic Order

**Other Documents:**

Sealed Records:

Document Numbers: 

*Ex parte* Records:

Document Numbers: 

are to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 25, 2025.

ROBERT M. FARRELL
Clerk of Court

By: /s/Matthew A. Paine
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _____.

Deputy Clerk, US Court of Appeals