UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ADMINISTRATIVE SUBPOENA<br>NO. 25-1431-019 | Misc. Case No. 1:25-MC-91324-MJJ |

**GOVERNMENT'S NOTICE OF APPEAL**

The United States of America hereby appeals the Order entered by this Court on November 24, 2025, to the United States Court of Appeals for the First Circuit. *See* ECF Dkt. 52.

Dated this 23rd day of January, 2026.

    Respectfully Submitted,

    BRETT A. SHUMATE
    Assistant Attorney General

    JORDAN C. CAMPBELL
    Deputy Assistant Attorney General

    LISA K. HSIAO
    Acting Director

    */s/ Ross S. Goldstein*
    ROSS S. GOLDSTEIN
    PATRICK R. RUNKLE
    Assistant Directors

    SCOTT DAHLQUIST
    Trial Attorney

    United States Department of Justice
    Enforcement and Affirmative Litigation Branch
    P.O. Box 386
    Washington, DC 20044
    Tel: (202) 353-4218
    Fax: (202) 514-8742
    Ross.Goldstein@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to any indicated as non-registered participants on January 23, 2026.

Dated this 23rd day of January, 2026.

                                                          _/s/ Ross S. Goldstein_
                                                          ROSS S. GOLDSTEIN